AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Daniel E. Funk

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Michael Adam Carmody, | ) | 21-025-SMM |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

FILED BY ___CGA___ D.C.

**Apr 1, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   between May 19, 2020 and March 31, 2021   in the county of   Saint Lucie   in the

Southern   District of   Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 2252(a)(2) | Distribution of material involving sexual exploitation of minors |
| Title 18, U.S.C. § 2252(a)(4)(B) | Possession of material involving sexual exploitation of minors |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_Complainant's signature_

FBI Special Agent Jason Richards
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:   April 1, 2021

_Judge's signature_

City and state:     Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT OF FBI SPECIAL AGENT JASON R. RICHARDS

## INTRODUCTION

I, Jason R. Richards, having been first duly sworn, do hereby depose and state as follows:

1.      I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2003, and I am currently assigned to FBI Miami Division, Fort Pierce Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography.  I have gained experience through training and everyday work related to child exploitation investigations.  I have had the opportunity to observe and review numerous examples of child pornography in all forms including computer and electronic media.

2.      I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, MICHAEL ADAM CARMODY. I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained form other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not include each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that CARMODY has violated Title 18, United States Code, Sections 2522(a)(2) and 2252(a)(4)(B).

## STATUTORY AUTHORITY

3.      Title 18, United States Code, Section 2252(a)(2) punishes any person who "knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution

1

using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if –

    (A)   the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

    (B)   such visual depiction is of such conduct."

    4.      Title 18, United States Code, Section 2252(a)(4)(B) punishes any person who "knowingly possesses, or knowingly accesses with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer if—

    (i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

    (ii) such visual depiction is of such conduct.

    5.      Title 18, United States Code, Section 2256(1) defines "minor" as "any person under the age of 18 years." Title 18, United States Code, Section 2256(2)(A) defines "sexually explicit conduct" as actual or simulated:

    (i)    sexual intercourse, including genital-genital, oral-    genital, anal-genital, or oral-anal, whether between  persons of the same or opposite sex,

    (ii) bestiality,

    (iii) masturbation,

    (iv) sadistic or masochistic abuse; or,

    (v) lascivious exhibition of the genitals or pubic area of any person.

6.     Title 18, United States Code, Section 2256(5) defines "visual depiction" as including undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image.   For purposes of this Affidavit, any visual depiction of a minor engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), will be referred to as "Child Pornography" means which is capable of conversion into a visual image.

## **BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE**

7.     Kik is a free instant messaging application available on Android and iOS operating systems.  Kik features include more than instant messaging. Kik users can exchange images, videos, sketches, stickers and even more with mobile web pages. The Kik application (app) is available for download via the App Store for most iOS devices such as iPhones and iPads.   Kik maintains the IP addresses used when the Kik application is being used. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account.

8.     In October of 2020, a Cooperating Witness (CW) reported to the National Center of Missing and Exploited Children (NCMEC) that on August 15, 2020, Kik user JackJiggity (with a display name of Jiggity Jack) sent CW a video of a child under the age of 4 being raped. Kik user JackJiggity also sent two still images to CW. One still image depicted a crying infant with a man's penis in his mouth. The other picture showed the fully exposed lower half of a child's body. CW believed the children in the files were between approximately 9 months and 5 years old. At the time of the report, CW was still being contacted by the user JackJiggity, but CW did not know the user's real name or where he lived.

9.     On December 4, 2020, CW submitted another tip to NCMEC. That morning, CW received another image from JackJiggity which depicted two little girls and a teenage/adult male standing up naked in a bathtub. The male had a fully erect penis and was holding it while urinating on

3

both children. The children also had the male's other bodily fluids all over them. CW noted that JackJiggity previously told CW how much he wanted to find a child to hurt. JackJiggity represented to CW that he is from "Bama" and is 28 years old. He refused to send CW a picture of himself. He told CW how he wanted to hurt a child and burn them with cigarettes like he did to his last girlfriend.

10.     On December 9, 2020, a Consent to Search form for CW's cellphone was executed. The contents of CW's cellphone were extracted and revealed several hundred messages between CW's Kik account and Kik user JackJiggity from approximately October 18, 2020 to December 9, 2020. During that period, user JackJiggity transmitted 5 files depicting what appeared to be child pornography to CW's account, which depicted the following:

a)     On December 3, 2020, 10:08 (UTC -5), JackJiggity transmitted an image file depicting two toddler girls standing naked in a bathtub with what appears to be semen on their bodies. An adult male is standing naked in the bathtub and urinating on one of the girls.

b)     On December 7, 2020, 04:18 (UTC -5), JackJiggity transmitted an image file depicting a toddler girl lying on her back, wearing only a shirt, with a pacifier in her mouth. A dildo is inserted into the girl's vagina.

c)     On December 8, 2020, 10:35 (UTC -5), JackJiggity transmitted a video file, approximately 25 seconds in length, depicting a naked toddler girl being orally penetrated by an erect adult penis.

d)     On December 8, 2020, 12:53 (UTC -5), JackJiggity transmitted a video file, approximately 56 seconds in length, depicting an infant lying down and being orally penetrated by an erect adult penis.

e)     On December 8, 2020, 12:55 (UTC -5), JackJiggity transmitted a video file, approximately 1 minute and 58 seconds in length, depicting a naked infant boy tied to a board with rope with a naked adult male standing over him. The video also depicts the adult male placing the infant boy on his stomach and penetrating the infant's anus with his finger.

11.     On February 11, 2021, a subpoena was issued to Kik for subscriber information pertaining to user JackJiggity. On March 18, 2021, Kik provided records in response to the subpoena from the date the account was created on April 18, 2020, until March 18, 2021. A summary of the results is as follows:

-     Kik account: jackjiggity_r65

4

- Username: JackJiggity
- First and Last Name: Jiggity Jack
- Email: yikesitsmike772@outlook.com (unconfirmed)
- Registration Date: April 18, 2020 at 14:24:07 UTC
- The majority of logins occurred from IPv4 addresses resolving to Mobile-LTE.
- There were also numerous logins from IP address 73.138.185.201, which resolve to Comcast.
- Device Type: Android
- Brand: TCL
- Model: 5059Z

12.     From April 18, 2020 to March 3, 2021, there were 32 days that the JackJiggity Kik account utilized IP address 73.138.185.201. On records provided by Kik[1], indicating a type of connection, IP address 73.138.185.201 was listed as "WiFi" connection.

13.     On February 23, 2021, a subpoena was issued to Microsoft Corporation for information related to email yikesitsmike772@outlook.com. On March 10, 2021, Microsoft Corporation provided records in response to the subpoena. The records show that the account was created on March 9, 2020. In the e-mail account registration profile, the first name is "Mike" and the last name is "Carmody."

14.     On March 25, 2021, a subpoena was issued to Comcast for subscriber information pertaining to IP address 73.138.185.201. On March 25, 2021, Comcast provided records in response to the subpoena. A summary of the results is as follows:

- Subscriber Name: MICHAEL CARMODY
- Service/Billing Address: 4875 Oleander Avenue, Fort Pierce, FL 34982
- Telephone: 772-940-3964

---

[1] In two separate subpoena returns, Kik provided raw data for IP connections and provided reports showing account information and IP connections. The data and reports both show IP connections. However, only the reports show whether the account was accessing by either a mobile based IP address or a Wifi address. The data provided by Kik shows the IP usage between April 18, 2020 and March 18, 2021. The raw Kik data shows the IP address 73.138.185.201 being used on 32 separate dates. The two reports provided by Kik show more detailed information for the time periods between November 22, 2020 to December 21, 2020 and between February 16, 2021 and March 18, 2021. The reports both show that IP address 73.138.185.201 was a Wifi connection. For the data ranges in the reports, the IP address 73.138.185.201 was the only Wifi connection used by the Kik account.

5

- Start of Service: 03/16/2020
- Account Status: Active
- Email: likeaboss42001@comcast.net
- IP Address Lease Grant and Lease Expiration for IP Address 73.138.185.201 – from 09/26/2020 1:01:25 UTC to 03/25/2021 00:00:00 UTC

15. On February 11, 2021, a subpoena was issued to T-Mobile for subscriber information pertaining to telephone number 772-940-3964. On March 3, 2021, T-Mobile provided a response listing CARMODY as the subscriber for telephone number 772-940-3964 and listing 4875 Oleander Avenue, Fort Pierce, FL 34982 as the service and billing address for the subscription. As of February 23, 2021, CARMODY had been a subscriber since February 23, 2019.

16. The FBI previously had contact with CARMODY in March of 2019. The FBI received information that a person, using the username Mike Carmody, posted statements on the Meet Me chat application such as "hurting kids are fun" and "i need to do something evil." On April 16, 2019, CARMODY was interviewed by the FBI regarding the posts and he stated that he did not mean anything by the posts and was role playing. CARMODY advised that he and an ex-girlfriend used to role play as daddy and daughter during sex. CARMODY declined to provide consent to search his phone.

17. On March 31, 2021, a federal search warrant was executed on the residence of CARMODY at 4875 Oleander Avenue, Fort Pierce, Florida. Federal agents located CARMODY in his bedroom at the southeastern corner of the residence. Several electronic devices were found in his bedroom including an Alcatel cellphone with a cracked screen which CARMODY acknowledged belonged to him. Preliminary analysis of CARMODY's Alcatel phone showed numerous child pornography files in the device's photo roll. Some of the files included infants being sexually abused. One of the files, dated May 19, 2020, was a video depicting a crying female toddler being forced to perform oral sex on an adult male. Additionally, the Kik application was found on the Alcatel cellphone and the username for the associated Kik account was JackJiggity. In one of the Kik

conversations, which occurred on or about August 17, 2020, JackJiggity sent an image to another Kik user depicting an infant female lying naked on her back with her legs spread and vagina exposed. During an interview, CARMODY admitted that his child pornography files were retained on his phone and not with other storage means such as cloud bases services. CARMODY admitted JackJiggity was his Kik username.

18.     The Alcatel phone containing child pornography and used to communicate through the Kik application over the internet was manufactured in China.

## CONCLUSION

19.     Based on the foregoing facts, I believe there is probable cause to charge MICHAEL ADAM CARMODY with violations of Title 18, United States Code, Section 2252(a)(2), which makes it a crime to distribute child pornography and Title 18, Unites States Code, Section 2252(a)(4)(B), which makes it a crime to possess child pornography.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Special Agent Jason R. Richards
Federal Bureau of Investigation

Sworn to before me telephonically, and by
other reliable electronic means, pursuant to
Rule 4.1 of the Federal Rules of Criminal
Procedure, this _1st_ day of _April_, 2021.

SHANIEK M. MAYNARD
United States Magistrate Judge

7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-025-SMM

UNITED STATES OF AMERICA

v.

MICHAEL ADAM CARMODY,

Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes  ✔ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes  ✔ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___ Yes  ✔ No

4. Did this matter originate from a matter pending in the Northern or Southern Region of the United States Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)?___ Yes  ✔ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:   _____

DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501915
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:       772-466-0899
Fax:      772-466-1020
Email:   Daniel.Funk@usdoj.gov